IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Tashiana Anita Martin, | ) | C/A No.: 3:07-3782-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | V E R D I C T |
| | ) | |
| Deputy Ben Fields, in his individual capacity as | ) | |
| Deputy with the Richland County Sheriffs | ) | |
| Department; and Deputy Joseph Clark, in his | ) | |
| individual capacity as Deputy with the Richland | ) | |
| County Sheriffs Department, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

We, the jury, unanimously find as follows:

I. As to the federal claim for false arrest in violation of the Fourth Amendment to the United States Constitution:

   ☐ We find for the Plaintiff, Tashiana Anita Martin, actual or compensatory damages in the sum of _____ (_____) dollars, against Defendant Ben Fields.

   ■ We find for Defendant Ben Fields.

II. As to the federal claim for excessive force in violation of the Fourth Amendment to the United States Constitution:

   ☐ We find for the Plaintiff, Tashiana Anita Martin, actual or compensatory damages in the sum of _____ (_____) dollars, against Defendant Joseph Clark.

   ■ We find for Defendant Joseph Clark.

III. As to the federal claim for violation of free speech rights under the First Amendment to the United States Constitution:

❒ We find for the Plaintiff, Tashiana Anita Martin, actual or compensatory damages in the sum of _____ (_____) dollars, against Defendant Ben Fields.

■ We find for Defendant Ben Fields.


Special Interrogatory:

If you found in favor of the Plaintiff on any of the three federal claims above, did the Plaintiff prove that the Defendant or Defendants acted maliciously, or with evil motive or intent, or with reckless or callous indifference to the rights of the Plaintiff so as to support an award of punitive damages?

Against Defendant Ben Fields? ❒ No ❒ Yes

Against Defendant Joseph Clark? ❒ No ❒ Yes


S/Foreperson
_____
March _12, 2010                    Foreperson
Columbia, South Carolina