# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Carlos Edward Martin and Tashiana Anita Martin,

*Plaintiff*

v.                                                                 Civil Action No.    CA 3:07-3782-JFA

Leon Lott, as Representative for the Office of the Richland County Sheriff's Department, Deputies Ben Fields and Joseph Clarke, in their individual capacities as deputies with the Richland County Sheriff's Department,

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Decision by The Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, that summary judgment is hereby entered in favor of defendants, Leon Lott, Ben Fields and Joseph Clarke as to the first, second, third, fourth and sixth causes of action against plaintiff, Carlos Edward Martin. Plaintiff, Carlos Edward Martins' fifth cause of action is hereby voluntarily dismissed.

This action was *(check one)*:

■ tried by a jury with Judge <u>Joseph F. Anderson, Jr., United States District Judge</u> presiding, and the jury has rendered a verdict in favor of the defendants, Ben Fields and Joseph Clark, both in their individual capacity as Deputies with the Richland County Sheriffs Department.  Plaintiff, Tashiana Anita Martins' tenth, eleventh, and twelfth causes of action against defendant, Leon Lott, as representative for the Office of the Richland County Sheriff's Department are hereby voluntarily dismissed.

❒ tried by Judge _____ without a jury and the above decision was reached.


Date:     March 15, 2010                                       *CLERK OF COURT*

                                                                              s/Mary L. Floyd, Deputy Clerk
                                                              _____
                                                                      *Signature of Clerk or Deputy Clerk*